PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2024

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Ramirez, Juanita Angelica | Docket No. | 0980 1:23CR02034-SAB-1 |
|---|---|---|---|

**Petition for Summons on Violations of Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Juanita Angelica Ramirez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 23rd day of June 2023, under the following conditions:

Standard Condition #8: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2023, the conditions of pretrial release were reviewed and signed by Ms. Ramirez, acknowledging an understanding of her requirements while under pretrial release, to include standard condition number 8.

Violation #1: Ms. Ramirez is alleged to be in violation of her pretrial release conditions by consuming methamphetamine between July 8, and 9, 2024.

On July 11, 2024, this officer conducted a home visit at Ms. Ramirez's listed residence. She was home alone. This officer requested she submit to a random drug test. Initially, Ms. Ramirez stated she could not produce a sample. This officer advised she would need to travel to the probation office in Yakima to submit a sample before the end of the day. Ms. Ramirez then admitted she had consumed methamphetamine and her urine sample would test positive. Ms. Ramirez signed a drug use admission form admitting to consuming methamphetamine between July 8, and 9, 2024.

Violation #2: Ms. Ramirez is alleged to be in violation of her pretrial release conditions by consuming methamphetamine on July 11, 2024.

On July 17, 2024, this officer made telephone contact with Ms. Ramirez and directed her to submit to a random drug test at Merit Resource Services (Merit) on this same date. Ms. Ramirez sent this officer a text message, which included a doctors note excusing her from "classes" until July 22, 2024.  Initially, Ms. Ramirez stated she was "dizzy, nauseous, and throwing up mucus."  Eventually, Ms. Ramirez admitted she was not honest with this officer during the home visit conducted on July 11, 2024. She verbally admitted she was "high" when this officer was at her home and admitted to consuming the controlled substance methamphetamine intravenously on that same date, July 11, 2024. Ms. Ramirez stated she has "never used intravenously" and she was "not sure" if it contained controlled substance fentanyl as well as methamphetamine.

PRAYING THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:          7/22/2024

by          s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Ramirez, Juanita**
**July 22, 2024**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_Alexander C. Ekstrom_
_____
Signature of Judicial Officer

July 22, 2024
_____
Date