# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ramirez, Juanita Angelica | Docket No. | 0980 1:23CR02034-SAB-1 |

**Petition for Incorporation and Warrant on Violations of Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Juanita Angelica Ramirez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 23rd day of June 2023, under the following conditions:

Standard Condition #8: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2023, the conditions of pretrial release were reviewed and signed by Ms. Ramirez, acknowledging an understanding of her requirements while under pretrial release, to include standard condition number 8.

On July 22, 2024, the court issued a summons and set an initial appearance for August 14, 2024, on petition ECF No. 46. Ms. Ramirez was served the summons on July 23, 2024.

Violation #3: Ms. Ramirez is alleged to be in violation of her pretrial release conditions by consuming methamphetamine on, before or after July 19, 2024.

On July 23, 2024, Ms. Ramirez reported to the probation office as directed. She admitted to consuming methamphetamine on July 19, 2024. She signed a drug use admission form.

Violation #4: Ms. Ramirez is alleged to be in violation of her pretrial release conditions by consuming methamphetamine on, before or after July 22, 2024.

On July 23, 2024, Ms. Ramirez reported to the probation office as directed. She admitted to consuming methamphetamine "just before" reporting to the probation office. She signed a drug use admission form. A urine sample was collected and sent to Abbott Laboratory for confirmation and to obtain the levels of methamphetamine in her system.

PRAYING THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH THE PENDING PETITION BEFORE THE COURT AND ISSUE A WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: | 07/24/2024 |
| by | s/Linda J. Leavitt | |
| | Linda J. Leavitt U.S. Pretrial Services Officer | |

Re: Ramirez, Juanita
July 24, 2024
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

July 24, 2024
_____
Date